UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-502-MOC

| | |
|---|---|
| ERIN SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand, filed pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Doc. No. 16). The motion is **GRANTED**, and the Commissioner's decision is remanded for further administrative proceedings.

Signed: March 28, 2023

Max O. Cogburn Jr.
United States District Judge