UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-502-MOC

| ERIN SHAW, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees. (Doc. No. 21). Plaintiff seeks an award for attorney's fees in the sum of $20,500.00 representing less than 25% of Plaintiff's accrued back benefits. Defendant does not oppose the requested amount of fees.

Upon review of the materials, the Court finds that Plaintiff's request for attorney fees is reasonable. The motion is **GRANTED**. It is therefore ORDERED that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $20,500.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $5,500.00 previously awarded under the EAJA, 28. U.S.C. § 2412.

**IT IS SO ORDERED**.

Signed: January 26, 2025

Max O. Cogburn Jr.
United States District Judge

1